IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD HAMILTON, #N61340** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 21-82-DWD |
| | ) |
| **J. B. PRITZKER, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

**DUGAN, District Judge:**

On February 22, 2021, Hamilton's motion for leave to proceed *in form pauperis* ("IFP") was denied (Doc. 10). Hamilton was ordered to pay the filing fee of $402.00 on or before March 24, 2021 and was warned that failure to comply would result in dismissal of this action. *Id*.

To date, Hamilton has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the $402.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of Plaintiff is directed to remit the $402.00 filing fee from his prison trust fund account if such funds are available. If he does not have $402.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $402.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments

from his account to the Clerk of Court each time his account exceeds $10.00 until the $402.00 filing fee is paid.  Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois.  The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Vienna Correctional Center *upon entry of this Order*.  Plaintiff's second motion for leave to proceed IFP (Doc. 11) is **DENIED** for the same reason his first motion was denied (Doc. 10).

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: March 31, 2021**

_____
**U.S. District Judge**